UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID PETERSEN, WAYNE LITCHFIELD,
CHRISTY OGRODOSKI, LINDA JOHNSON,
and WILLIAM COHEN, individually and on
behalf of all others similarly situated,

                Plaintiffs,

   v.

CHASE CARD FUNDING, LLC, CHASE
ISSUANCE TRUST, and WILMINGTON
TRUST COMPANY, as Trustee of Chase
Issuance Trust,

                Defendants.
_____

<u>NOTICE OF MOTION AND
UNOPPOSED MOTION TO
DISMISS CLAIMS OF
PLAINTIFFS LITCHFIELD,
OGRODOSKI, JOHNSON, AND
COHEN</u>

Docket No. 1:19-cv-00741

| | |
|---|---|
| <u>MOTION MADE BY</u>: | The plaintiffs, DAVID PETERSEN, WAYNE LITCHFIELD, CHRISTY OGRODOSKI, LINDA JOHNSON, and WILLIAM COHEN, individually and on behalf of all others similarly situated, by and through their attorneys, **CONNORS LLP, CUNEO GILBERT & LADUCA, LLP,** and **BERGER MONTAGUE PC**. |

| | |
|---|---|
| **DATE, TIME, AND PLACE OF MOTION**: | To be determined by this Court before the Hon. Lawrence J. Vilardo, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202. |
| | Oral argument is not requested. |
| **RELIEF REQUESTED**: | An Order of this Court that the claims of plaintiffs Wayne Litchfield, Christy Ogrodoski, Linda Johnson, and William Cohen be voluntarily dismissed without prejudice. Plaintiff David Petersen remains in the case. |
| **GROUNDS FOR RELIEF REQUESTED**: | Federal Rule of Civil Procedure 21 and the discretion of this Court. |
| **SUPPORTING PAPERS**: | Declaration of C. William Frick, Esq., and all prior pleadings and proceedings in this action. |

DATED:   August 1, 2019
         Buffalo, New York

>                         s/*Katherine G. Howard*
>                         **CONNORS LLP**
>                         Katherine G. Howard, Esq.
>                         1000 Liberty Building
>                         Buffalo, New York 14202
>                         Telephone: (716) 852-5533
>                         Facsimile: (716) 852-5649
>                         kgh@connorsllp.com

**CUNEO GILBERT & LADUCA, LLP**
Charles J. LaDuca, Esq.
C. William Frick, Esq.
Christian Hudson, Esq.
Daniel Cohen, Esq.
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Facsimile: (202) 589-1813
bill@cuneolaw.com

**BERGER MONTAGUE PC**
Shanon J. Carson
Glen L. Abramson
Patrick F. Madden
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
gabramson@bm.net
pmadden@bm.net

*Counsel for Plaintiffs*

TO:  All counsel of record