# UNITED STATES DISTRICT COURT
for the
Western District of NY

| | |
|---|---|
| DAVID PETERSON,<br>*Plaintiff*<br>v.<br>CHASE CARD FUNDING, LLC; CHASE ISSUANCE TRUST; and WILMINGTON TRUST COMPANY, as Trustee of Chase Insurance Trust,<br>*Defendant* | )<br>)<br>)   Civil Action No.   19-cv-00741-LJV-JJM<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   The defendants' motion to dismiss is GRANTED and the complaint is dismissed and the Clerk of the Court shall close the file.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Lawrence J. Vilardo   on a motion for dismissal in favor of the defendants'.

Date:   09/23/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*